UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　　　　　　　　Case No. 8:97-CR-344-T-27TBM

JOHN LEE COLLINS
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Affidavit of Indigency which is construed as a motion to proceed *in forma pauperis* on appeal (Dkt. 165) and the Magistrate Judge's Report and Recommendation recommending that the motion be denied. (Dkt. 166). After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation (Dkt. 166) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's construed motion to proceed *in forma pauperis* on appeal (Dkt. 165) is DENIED as set forth in the R&R.

**DONE AND ORDERED** in chambers this 23rd day of December, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record